

# IN THE
# TENTH COURT OF APPEALS

No. 10-15-00346-CV

MATTHEW S. BOVEE,

Appellant

v.

HOUSTON PRESS LLP, MARGARET
DOWNING, DIANNA WRAY, PETER
RYAN, DALLAS OBSERVER, LLP, KXAN,
DAWN DENNY, PATRICK WILLIAMS,
MEDIA GENERAL INC., VOICE MEDIA
GROUP, DOES 1 THROUGH 5, AND
MICHELLE HEINZ,

Appellees

From the 249th District Court
Johnson County, Texas
Trial Court No. DC-C201500272

# O R D E R

Appellant's affidavit of indigence was filed on November 9, 2015.

The requirements of Chapter 14 of the Texas Civil Practice and Remedies Code

apply when indigent inmates file a civil appeal. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 14.002 (West 2002); *Anderson v. Tex. Dep't of Crim. Justice*, ___ S.W.3d ___, 2015 Tex. App. LEXIS 2674 (Tex. App.—Waco Mar. 19, 2015, no pet.). Chapter 14 requires appellant, as an inmate, to file an affidavit or declaration "relating to previous filings" in which appellant must detail all previous civil actions filed pro se, other than a suit under the Family Code. TEX. CIV. PRAC. & REM. CODE ANN. § 14.004(a) (West 2002); *Anderson v. Tex. Dep't of Crim. Justice*, 2015 Tex. App. LEXIS 2674 at *5. Appellant has not filed an affidavit or declaration relating to his previous filings in this appeal.

Accordingly, appellant is ordered to file an affidavit or declaration relating to his previous filings required by Chapter 14 within **14 days** from the date of this Order. Failure to timely file this additional document will result in the dismissal of this appeal without further notice and a finding that the appeal is frivolous. *Anderson*, 2015 Tex. App. LEXIS 2674 at *5.

PER CURIAM

Before Chief Justice Gray,
 Justice Davis, and
 Justice Scoggins
Documents ordered filed
Order issued and filed November 19, 2015

